**No. 60066.**—Gold-Silver & Co. et al. v. United States, protests 234317–K, etc. (San Francisco).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C. D. 1753), the claim of the plaintiffs was sustained.